IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARRIE SMITH, | : | |
|    *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-1845 |
| | : | |
| MICHAEL WENEROWICZ, et al., | : | |
|    *Defendants*. | : | |

## **ORDER**

**AND NOW**, this 22nd day of June, 2017, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 41, 42, and 46), Plaintiff's responses thereto (Dkt No. 43, 47, and 48), and counsels' oral arguments presented on June 19, 2017, it is hereby **ORDERED** that said Motions are **GRANTED IN PART AND DENIED IN PART**. Defendants' motions are denied only insofar as Plaintiff has stated a claim for deliberate indifference to asbestos exposure against Defendants Michael Wenerowicz, James Misstishin Sr., and Christopher H. Oppman. All other claims and defendants are dismissed for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.